# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 6, 2014

## NO. 03-14-00426-CV

**Michael J. DeLitta; Axiom Medical Consulting, LLC; Axiom Professionals, LLC; Axiom Properties, LLC; and DelCom Properties, LLC, Appellants**

**v.**

**Nancy Schaefer, Appellee**

## APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on June 19, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.